FILED IN
COURT OF CRIMINAL APPEALS

May 22, 2015

ABEL ACOSTA, CLERK

PD-0603-15

PD-0603-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 2:27:41 PM
Accepted 5/22/2015 11:09:07 AM
ABEL ACOSTA
CLERK

Case No. _____

| | | |
|---|---|---|
| CHRISTOPHER LYNN VUICICH | § | COURT OF CRIMINAL APPEALS |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Appellee. | § | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT:

COMES NOW, CHRISTPHER LYNN VUICICH, Appellant and files this motion for extension of time in which to file Appellant's Petition for Discretionary Review and in support thereof would show the Court as follows:

1.      This is a request for extension of time to file a petition for discretionary review related to a judgment issued by the Court of Appeals for the Eleventh Judicial District in Eastland. The case number in the Court of Appeals is 11-13-00380-CR.

2.      This is an appeal from a judgment in the 90th Judicial District Court.

3.      The style of the case in the trial court was State of Texas v. CHRISTOPHER LYNN VUICICH, Cause No. F34011, 90th Judicial District Court, Stephens County.

3.      Judgment was entered on December 19th, 2013.

4.      Appellant filed his notice of appeal on December 26th, 2013.

5.      Eleventh Court of Appeals issued its opinion affirming the judgment of the trial court on April 23rd, 2015.

6.      The current deadline for Appellant to file a petition for discretionary review is May 26th, 2015.

5.     Appellant is considering filing a petition for discretionary review and requests additional time for counsel to review the issues related to his appeal. He has requested an additional 45 days to make a final decision and possibly retain other counsel.

Wherefore, Appellant prays that the Court enter its order extending the deadline for the filing of Appellant's Petition for Discretionary Review to July 10th, 2015 and for such other and further relief to which he may justly be entitled.

Respectfully submitted,

/s/ *Russell W. King*
Russell W. King
State Bar No. 11463400
King Law Offices, P.C.
P.O. Box 772
Stephenville, Texas 76401
817-357-4039
866-218-1049 Facsimile
rking2010@gmail.com

Certificate of Conference

The undersigned does hereby certify that he unable to contact counsel for the state prior to the filing on this motion and therefore cannot represent whether or not counsel for the State agree with the granting of the relief requested.

/s/ *Russell W. King*
Russell W. King

Certificate of Service

The undersigned hereby certifies that a true and correct copy of this motion was served on the District Attorney for Stephens County, Texas via facsimile. on May 21st , 2015.

/s/ *Russell W. King*
Russell W. King